IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL SALAZAR,

    Plaintiff,

    v.                                                                        CIV-13-0162 JCH/LAM

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## ORDER TO NOTIFY COURT REGARDING COUNTERCLAIMS

**THIS MATTER** is before the Court *sua sponte* following a telephonic status conference held on May 27, 2015, at which Plaintiff and counsel for all Defendants were present. At the hearing, counsel for Defendant Forney stated that she would notify the Court regarding whether her client intends to pursue her counterclaims against Plaintiff.

**IT IS THEREFORE ORDERED** that, *on or before June 5, 2015*, Defendant Forney shall either file a notice with the Court stating that she intends to pursue her counterclaims against Plaintiff, or, if Defendant Forney does not intend to pursue her counterclaims, she shall instead file a stipulation of dismissal of those claims.

    **IT IS SO ORDERED.**

                                                         _____
                                                          **LOURDES A. MARTÍNEZ**
                                                          **UNITED STATES MAGISTRATE JUDGE**